2018 OCT -2 P 4: 43

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
)
V. ) 3:18-CR-147
) JUDGE VARLAN
SHARON L. BARNETT )
MATTHEW A. BARNETT )
BARRY W. HARDIN )
DONNIE A. HAMBY )
NICHOLAS D. GRAHAM )
DANIEL A. BARTON )
)
)
)
OLIVIA T. FLOYD )
ROBERT TYLER FRENCH )
CRAIG R. LODGE )
JIMMY LEE HARGETT )
)
NOAH A. ELLIOT )
CODY S. RUSSELL )
ASHLEY S. SEIBER )
MELISSA R. BYRGE )
TERRY V. BOGGS )
Also known as "Frog" )
MICHAEL R. CARVER )
WILLIAM C. BROWN )
KATELYN D. BEETS )
PATRICK M. SPICER )
NATHAN D. LEDFORD )
WILLIAM J. RUSSELL )
)
)
)
LISA NICOLE WEBB )
Also known as Nicole Maiden )
JEFFREY D. PHILLIPS )
GREGORY A. MILLER )

SUPERSEDING INDICTMENT

COUNT ONE

The Grand Jury charges that from on or about January 1, 2016, to on or about October 2, 2018, within the Eastern District of Tennessee, and elsewhere, the defendants, SHARON L. BARNETT, MATTHEW A. BARNETT, BARRY W. HARDIN, DONNIE A. HAMBY, NICHOLAS D. GRAHAM, DANIEL A. BARTON, [redacted] OLIVIA T. FLOYD, ROBERT TYLER FRENCH, CRAIG R. LODGE, JIMMY LEE HARGETT, [redacted] NOAH A. ELLIOT, CODY S. RUSSELL, ASHLEY S. SEIBER, MELISSA R. BYRGE, TERRY V. BOGGS, also known as "Frog," MICHAEL R. CARVER, WILLIAM C. BROWN, KATELYN D. BEETS, PATRICK M. SPICER, NATHAN D. LEDFORD, WILLIAM J. RUSSELL, [redacted] LISA NICOLE WEBB, also known as Nicole Maiden, JEFFREY D. PHILLIPS, GREGORY A. MILLER, and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority combine, conspire, confederate and agree with each other and with diverse others to commit the following offenses against the United States of America: The distribution of 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 846 and 841(b)(1)(A)]

COUNT TWO

The Grand Jury further charges that on or about September 4, 2018, in the Eastern District of Tennessee, the defendants, SHARON L. BARNETT and MATTHEW A. BARNETT, aided and abetted by each other, did knowingly, intentionally, and without authority, possess



Case 3:18-cr-00147-TAV-JEM Document 200 Filed 11/14/18 Page 2 of 9 PageID #: 637
Case 3:18-cr-00147-TAV-HBG *SEALED* Document 3 Filed 10/02/18 Page 2 of 9 PageID #: 13

with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 18 U.S.C. §2]

COUNT THREE

The Grand Jury further charges that on or about January 10, 2018, in the Eastern District of Tennessee, the defendant, DONNIE A. HAMBY and WILLIAM C. BROWN, aided and abetted by each other, did knowingly, intentionally, and without authority, possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. §2]

COUNT FOUR

The Grand Jury further charges that on or about January 10, 2018, in the Eastern District of Tennessee, the defendant, DONNIE A. HAMBY, did knowingly possess a firearm, namely a .22 Sig Sauer semi-automatic pistol, in furtherance of drug trafficking offenses as charged in Counts One and Three, namely, violations of Title 21, United States Code, Sections 841(a) and 846, which are hereby incorporated by reference.

[18 U.S.C. §§ 924(c)(1)(A)]

## COUNT FIVE

The Grand Jury further charges that on or about January 10, 2018, in the Eastern District of Tennessee, the defendant, DONNIE A. HAMBY, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely, a .22 Sig Sauer semi-automatic pistol, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1), 924(a)(2)]

## COUNT SIX

The Grand Jury further charges that on or about March 9, 2018, in the Eastern District of Tennessee, the defendants, OLIVIA T. FLOYD and NOAH A. ELLIOT, aided and abetted by each other, did knowingly, intentionally, and without authority, possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. §2]

## COUNT SEVEN

The Grand Jury further charges that on or about March 9, 2018, in the Eastern District of Tennessee, the defendants, OLIVIA T. FLOYD and NOAH A. ELLIOT, aided and abetted by each other, did knowingly possess firearms, namely a Ruger LC9 9mm semi-automatic pistol, a Taurus Millennium G2 9mm semi-automatic pistol, and a Rossi 38 special revolver, in furtherance of drug trafficking offenses as charged in Counts One and Six, namely, violations of Title 21, United States Code, Sections 841(a) and 846, which are hereby incorporated by reference.

[18 U.S.C. §§ 924(c)(1)(A) and 18 U.S.C. §2]

COUNT EIGHT

The Grand Jury further charges that on or about March 14, 2018, in the Eastern District of Tennessee, the defendant, PATRICK M. SPICER, did knowingly, intentionally, and without authority, possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]

COUNT NINE

The Grand Jury further charges that on or about April 2, 2018, in the Eastern District of Tennessee, the defendant, [redacted] did knowingly, intentionally, and without authority, possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]

COUNT TEN

The Grand Jury further charges that on or about April 5, 2018, in the Eastern District of Tennessee, the defendant, ROBERT TYLER FRENCH, did knowingly, intentionally, and without authority, possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]

COUNT ELEVEN

The Grand Jury further charges that on or about April 5, 2018, in the Eastern District of Tennessee, the defendant, ROBERT TYLER FRENCH, did knowingly possess a firearm, namely a Walther 9mm semi-automatic pistol, in furtherance of drug trafficking offenses as


Case 3:18-cr-00147-TAV-JEM Document 200 Filed 11/14/18 Page 5 of 9 PageID #: 640

charged in Counts One and Ten, namely, violations of Title 21, United States Code, Sections 841(a) and 846, which are hereby incorporated by reference.

[18 U.S.C. §§ 924(c)(1)(A)]

COUNT TWELVE

The Grand Jury further charges that on or about April 18, 2018, in the Eastern District of Tennessee, the defendant, JIMMY LEE HARGETT, did knowingly, intentionally, and without authority, possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]

COUNT THIRTEEN

The Grand Jury further charges that on or about May 2, 2018, in the Eastern District of Tennessee, the defendant, CRAIG R. LODGE, did knowingly, intentionally, and without authority, possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

COUNT FOURTEEN

The Grand Jury further charges that on or about May 2, 2018, in the Eastern District of Tennessee, the defendant, CRAIG R. LODGE, did knowingly possess a firearm, namely a Springfield Armory XD-9 9mm semi-automatic pistol, in furtherance of drug trafficking offenses as charged in Counts One and Thirteen, namely, violations of Title 21, United States Code, Sections 841(a) and 846, which are hereby incorporated by reference.

[18 U.S.C. §§ 924(c)(1)(A)]

COUNT FIFTEEN

The Grand Jury further charges that on or about May 2, 2018, in the Eastern District of Tennessee, the defendant, CRAIG R. LODGE, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely, a Springfield Armory XD-9 9mm semi-automatic pistol, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1), 924(a)(2)]

COUNT SIXTEEN

The Grand Jury further charges that on or about May 4, 2018, in the Eastern District of Tennessee, the defendant, NICHOLAS D. GRAHAM, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely, a Springfield Armory, XD-9 9mm semi-automatic pistol, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1), 924(a)(2)]

COUNT SEVENTEEN

The Grand Jury further charges that on or about May 15, 2018, in the Eastern District of Tennessee, the defendant, DONNIE A. HAMBY, did knowingly, intentionally, and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

COUNT EIGHTEEN

The Grand Jury further charges that on or about June 6, 2018 in the Eastern District of Tennessee, the defendants, DONNIE A. HAMBY and CODY S. RUSSELL, aided and abetted

by each other, did knowingly, intentionally, and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 18 U.S.C. §2]

COUNT NINETEEN

The Grand Jury further charges that on or about July 26, 2018, in the Eastern District of Tennessee, the defendant, DONNIE A. HAMBY, did knowingly, intentionally, and without authority posses with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

COUNT TWENTY

The Grand Jury further charges that on or about July 26, 2018, in the Eastern District of Tennessee, the defendant, DONNIE A. HAMBY, did knowingly possess a firearm, namely a Taurus 9mm semi-automatic pistol, in furtherance of drug trafficking offenses as charged in Counts One and Nineteen, namely, violations of Title 21, United States Code, Sections 841(a) and 846, which are hereby incorporated by reference.

[18 U.S.C. §§ 924(c)(1)(A)]

COUNT TWENTY-ONE

The Grand Jury further charges that on or about July 26, 2018, in the Eastern District of Tennessee, the defendant, DONNIE A. HAMBY, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely, a Taurus 9mm semi-automatic pistol, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1), 924(a)(2)]

COUNT TWENTY-TWO

The Grand Jury further charges that on or about September 4, 2018, in the Eastern District of Tennessee, the defendant, CRAIG R. LODGE, did knowingly, intentionally, and without authority, distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]

COUNT TWENTY-THREE

The Grand Jury further charges that on or about September 6, 2018, in the Eastern District of Tennessee, the defendants, DANIEL A. BARTON and MICHAEL R. CARVER, aided and abetted by each other, did knowingly, intentionally, and without authority posses with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 18 U.S.C. §2]

SIGNATURE REDACTED

FOREPERSON

APPROVED:

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: ______________________________
CARYN L. HEBETS
ASSISTANT UNITED STATES ATTORNEY